IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICK CRAYCRAFT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 10-267 |
| | ) | |
| CAMPBELL TRANSPORTATION | ) | |
| COMPANY, INC., | ) | |
|     Defendant. | ) | |

## ORDER OF COURT

AND NOW this 20th day of July, 2010, the court having been advised that the instant case has been resolved and the only remaining matter is a hearing to approve the settlement and distribution, IT IS HEREBY ORDERED that the hearing to approve the settlement will be held before the undersigned on Monday, August 2, 2010 at 10 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster    , C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:    All counsel of record