IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICK CRAYCRAFT,                          )
        Plaintiff,                       )
                                         )
        v.                               ) Civil Action No. 10-267
CAMPBELL TRANSPORTATION COMPANY,         )
INC.,                                    )
        Defendant.                       )

## ORDER

AND NOW, this 27th day of August, 2010, IT IS HEREBY ORDERED that the Clerk of Court shall mark the above captioned case CLOSED.

BY THE COURT:

_____,C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record